No. 372. R. B. MORRIS, DOING BUSINESS AS MORRIS AND LOWTHER ET AL. *v.* WM. DUBY, H. B: VAN DUZER, AND W. H. MALONE, ETC. January 10, 1927. On consideration of the motion to vacate it is ordered that the decree heretofore entered on October 29 last, be, and it is hereby, vacated, and the case is set for reargument on Monday, February 28 next, after the cases heretofore assigned for that day. *Messrs. W. R. Crawford* and *Edwin C. Ewing* for appellants. *Messrs. I. H. Van Winkle* and *J. M. Devers* for appellees. See *ante,* p. 641.

No. 141. DO WING *v.* JOHN P. JOHNSON, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted January 3, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed on the authority of *Chin Yow* v. *United States,* 208 U. S. 8, 11; *United States ex rel. Bilokumsky* v. *Tod,* 263 U. S. 149, 157; *United States ex rel. Tisi* v. *Tod,* 264 U. S. 131, 133. *Solicitor General Mitchell* for appellee, in support of the motion. *Mr. Everett Flint Damon* for appellant, in opposition thereto.